UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA LOWRY, LISA KOPECKI, MICHAEL DUNN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 2:25-CV-00108-JHC<br><br>**ORDER GRANTING THE PROCTER & GAMBLE COMPANY'S MOTION TO STAY PROCEEDINGS PENDING A RULING BY THE JPML ON PLAINTIFFS' MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS UNDER 28 U.S.C. § 1407** |

ORDER GRANTING DEFENDANT'S MOTION
TO STAY PROCEEDINGS (Case No. 2:25-CV-00108-JHC)

THIS MATTER comes before the Court on the Motion to Stay Proceedings Pending a Ruling by the JPML on Plaintiffs' Motion for Transfer and Consolidation of Related Actions Under 28 U.S.C. § 1407 filed by Defendant The Procter & Gamble Company (P&G).  Dkt. # 48.  Having considered Defendants' Motion, all papers filed in support of and in opposition to the Motion, the rest of the file, and the governing law, and otherwise being fully advised, the Court rules as follows:

1. For the reasons presented by P&G, the Court GRANTS the Motion at Dkt. # 48.

2. The Court STAYS this action pending a ruling by the JPML on Plaintiffs' Motion for Transfer and Consolidation.

3. The Court STRIKES the motion to dismiss at Dkt. # 49.  After the JPML rules on Plaintiffs' Motion for Transfer and Consolidation, if appropriate, P&G may ask the Court to re-note the motion to dismiss.

SO ORDERED this 17th day of July, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE